UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAKIL S.P.A.,

                         Plaintiff,

-v-

AGRIMPEX CO. LTD.

                         Defendant.
-------------------------------------------------------------------X

08 CIV 5613

08 CV

**STATEMENT PURSUANT**
**TO F.R.C.P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, JAKIL S.P.A., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
         June 20, 2008

                                            CHALOS & CO, P.C.
                                            Attorneys for Plaintiff
                                            JAKIL S.P.A.

                      By: _____
                            George M. Chalos (GC-8693)
                            123 South Street
                            Oyster Bay, New York 11771
                            Tel: (516) 714-4300
                            Fax: (866) 702-4577
                            Email: gmc@chaloslaw.com