UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAKIL S.P.A.,                                    :       08 CV 5613 (DC)
                                                 :
           Plaintiff,                          :
                                                 :       **NOTICE OF**
     - against -                               :       **RESTRICTED APPEARANCE**
                                                 :
AGRIMPEX CO. LTD.,                               :
                                                 :
           Defendant.                          :
------------------------------------------------------------X

      AGRIMPEX CO. LTD. by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rule E(8) in this action.

      AGRIMPEX CO. LTD. expressly reserves all of its rights and defenses herein, including, but not limited to, the right to fully appear herein to challenge the propriety of the issuance of Plaintiff's Process of Maritime Attachment and Garnishment, including the right to seek vacatuer of the same.

Dated: August 20, 2008
       New York, NY

                                    LENNON, MURPHY & LENNON, LLC
                                    Attorneys for Defendant
                                    AGRIMPEX CO. LTD.

          By:    _/s/ Anne C. Levasseur_
                        ANNE C. LEVASSEUR (AL3333)
                        The GrayBar Building
                        420 Lexington Avenue, Suite 300
                        New York, NY 10170
                        (212) 490-6050 - phone
                        (212) 490-6070 - facsimile
                        acl@lenmur.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 20, 2008, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Anne C. LeVasseur