LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
AGRIMPEX CO. LTD.
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:   (212) 490-6050
Facsimile:    (212) 490-6070
Charles E. Murphy (CM2125)
Anne C. LeVasseur (AL3333)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JAKIL S.P.A.,                                              :        08 CIV 5613 (DC)
                                                                    :
                          Plaintiff,                           :        **ECF CASE**
                                                                    :
        - against -                                          :
                                                                    :
AGRIMPEX CO. LTD.,                              :
                                                                    :
                          Defendant.                       :
-------------------------------------------------------X

## DEFENDANT'S NOTICE OF MOTION TO VACATE PLAINTIFF'S RULE B MARITIME ATTACHMENT

Upon the annexed Declarations of P.G. Philippas and Anne C. LeVasseur and accompanying Memorandum of Law and exhibits attached thereto, and pleadings heretofore had herein, Defendant Agrimpex Co. Ltd. will move this Court before the Honorable Denny Chin, United States Courthouse, 500 Pearl Street, Courtroom 11-A, New York, New York on the _____ day of _____, 2008 at _____, for an order pursuant to Supplemental Rule E(4) of the Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure vacating the Ex Parte Attachment Order dated June 20, 2008, and for such other and further relief as this Court deems just and equitable.

Plaintiff's answering declarations and memoranda are required to be served and filed on or before Monday, September 8, 2008, and Defendant's reply papers are required to be served and filed on or before Monday, September 15, 2008.

Dated: August 26, 2008
New York, NY

>Respectfully submitted,
>The Defendant,
>AGRIMPEX CO. LTD
>
>By: /s/ Anne C. LeVasseur
>Anne C. LeVasseur (AL3333)
>Charles E. Murphy (CM2125)
>LENNON MURPHY & LENNON, LLC
>The GrayBar Building
>420 Lexington Ave., Suite 300
>New York, NY 10170
>(212) 490-6050 (phone)
>(212) 490-6070 (fax)
>acl@lenmur.com
>cem@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on August 26, 2008, a copy of the foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Anne C. LeVasseur
Anne C. LeVasseur