UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

JAKIL S.P.A.,                                                  08 CIV 5613 (DC)
                                              :
                    Plaintiff,                :               **ECF CASE**
                                              :
          - against -                         :
                                              :               **DECLARATION OF**
                                              :               **ANNE C. LEVASSEUR**
AGRIMPEX CO. LTD.,                            :
                                              :
                    Defendant.               :
-----------------------------------------------------X

     ANNE C. LEVASSEUR, having been duly sworn, deposes and states the following upon

the penalties of perjury as per 28 U.S.C. § 1746:

     1.    I am a member admitted to the Bar of this Honorable Court and am an attorney in

the firm of Lennon, Murphy & Lennon LLC, attorneys for the Defendant AGRIMPEX CO.

LTD. ("Agrimpex").

     2.    I submit this Declaration in support of the Motion to Vacate Maritime Attachment

filed by Agrimpex.

     3.    Attached hereto as Exhibit 1 is a true and accurate copy of the first sales contract

(no. DFS/56207) between Agrimpex and Jakil dated June 27, 2007.

     4.    Attached hereto as Exhibit 2 is a true and accurate copy of the second sales

contract (no. DFS/56307) between Agrimpex and Jakil dated July 3, 2007.

     5.    Attached hereto as Exhibit 3 is a true and accurate copy of the third sales contract

(no. DFS/56407) dated July 10, 2007.

     6.    Attached hereto as Exhibit 4 is a true and accurate copy of the forth sales contract

(no. DFS/56607) dated July 17, 2007.

7.    Attached hereto as Exhibit 5 is a true and accurate copy of the fifth sales contract (no. DFS/56907) dated July 27, 2007.

Executed at Southport, CT this 26th day of August, 2008.

Anne C. LeVasseur

EXHIBIT 1

# Agrimpex Co. Limited

Regal House, 1138 High Road, London, N20 0SA
Telephone: 020 8446 0921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

Contract of Sale No. **DFS/56207**                    Date 27th June 2007

Buyer
Jakil SPA
Foro Buonaparte, 68
20121 Milano
Italy

Dear Sirs,

We confirm having sold to you on 27/06/2007 the following:-

| | |
|---|---|
| COMMODITY: | Sudanese dura feterita 2005/2006 and/or 2006/2007 crop at sellers option cleaned to within maximum 3% admixture, maximum 0.50% Tannin in sound good condition at time and place of shipment.<br>Quality/condition/description all final as per certificate/s issued at time of shipment by SGS or their agents in Sudan.<br>Delivered weight |
| QUANTITY: | One cargo/cargoes 20,000 Mt 10% more or less at sellers option and at contract price. |
| SHIPMENT: | July / August 2007 from origin. |
| PACKING: | In bulk. |
| PRICE: | US$ 230 (Two hundred and thirty US Dollars) per mton.<br>C+F Free Out one Italian Adriatic port out of Venice/Ancona/Ravenna at buyers option, where buyers guarantee berth to accommodate vessel upto 31' feet swad. In the event buyers want additional ports, then this will be as per rates stipulated in the Charter Party which shall be for buyers account.<br>Discharge port to be declared at sellers first demand but not later than commencement of loading of vessel. |
| PAYMENT: | 100% cash against documents on presentation in Italy with payment latest on arrival of vessel/s at discharge port and prior commencement of discharge by T/T. T/T charges for buyers account.<br>Should documents be presented at buyers bank before 11:00 hrs AM then sellers will be credited with value within 48 hours, otherwise within 72 hours value. |

AGRIMPEX CO LIMITED                                   (Cont/d...)

Page 1

Directors: P. G. Philippou, K. L. Philipou. Registration number: 01378076

JAKIL S.p.A

.a5113873          28/06/2007 15:09 FROM          +3982876516 PG:003

28. GIU. 2007 12:49      DAKI. SPA                          VA. 726    P. 3/4

# Agrimpex Co. Limited

Regal House, 1136 High Road, London, N20 0RA
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

Contract of Sale No. DFS/56207                    Date 27th June 2007

PAYMENT
CONT/D....:          In the event vessel/s arrive prior presentation of shipping documents
                     sellers have the option to either ask buyers to take delivery on first class
                     bank guarantee as required by owners of vessel pending presentation of
                     shipping documents. The relative charges of such bank guarantee for
                     sellers account, or alternatively 100% cash latest on arrival of vessel/s
                     before breaking bulk against presentation of original invoice, insurance
                     certificate and indemnity letter for allowing the discharge of the goods
                     without production of B/Ls.
                     Such letter of indemnity to be confirmed directly from vessel agents to
                     the buyers. This confirmation to reach buyers before payment is effected
                     and then cargo will be released against presentation of the original
                     letter of indemnity to vessels agents.

DISCHARGE:           Buyers to discharge goods at their risk and expenses at the average rate
                     of 5,000 MT basis 4 hatches, in the case of 3 hatches or less discharging
                     rate to be adjusted/reduced prorata if vessel singledecker/bulkcarrier, or
                     at the rate of 1,500 Mt if vessel tweendecker per weather working day of
                     24 consecutive hours SSHEX unless used and prorata. If used only time
                     actually worked to count as laytime.
                     Time at first disport to start counting as from 08.00 AM hours the next
                     working day after presentation of N.O.R. given during ordinary office
                     hours. WIBON/WIPON/WIFPON/WICCON.
                     Demurrage as per C/P rate for buyers account. Despatch to be half of
                     demurrage.
                     All other terms and conditions not in conflict with the above as per
                     governing Charter Party.

OTHER TERMS/
CONDITIONS:          1) - All export duties and/or taxes and/or levies present and/or future are
                     for sellers account.
                     2) - All import duties and/or taxes and/or levies present and/or future
                     are for buyers account.
                     3) - Buyers have the exclusivity on performing vessel/s at discharge
                     port.
                     4) - Sellers guarantee provision on EUR 1 certificate at discharge port
                     before completion of discharge and a copy of phytosanitary certificate
                     on board vessel.

AGRIMPEX CO LIMITED                                        (Cont/d...)

Page 2

Directors: P. G. Phillppas. K. L. Phillpas. Registration number: 01370074

JAKI  S.P.A.

05113873
28 GIU 2007 12:50

20/06/2007 15:18 FROM
VAKIL SPA

+3902876516 PG:004

JR 724     P. 4/4

# Agrimpex Co. Limited

Regal House, 1125 High Road, London, N20 9LR.
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 266142 AGRICO G.
e-mail: trade@agrimpex.co.uk

*Contract of Sale No.* DFS/56207                    *Date* 27th June 2007

**OTHER TERMS/**
**CONDITIONS**
**CONT/D.....:**

5) – Fumigation certificate

6) – Vessel/s to be singledecker/bulkcarrier/tweendecker classed highest Lloyds register or equivalent. Vessel/s over 20 years old is/are acceptable in which case overage premium to be for sellers account as per Official Lloyds London Schedule.

7) – In the event that the quantity shown on the EUR 1 certificate is higher than that shown on B/L quantity, buyers to accept same.

All other terms, conditions and rules not in contradiction with the above, as per GAFTA contract 61 including the Arbitration Rule form No: 125 (of which the parties admit that they have knowledge and notice) apply to this contract, the details given shall be taken as having been written into such form in the appropriate place.

The validity of this contract will be unaffected by the non return of the counter confirmation duly signed by buyers.

**SELLERS**

AGRIMPEX CO. LIMITED

**BUYERS**

VAKIL S.p.A.

Page 3

Directors: P. C. Phillp000, K. L. Phillpos. Registration number: 01370876

EXHIBIT 2

REF.NR.05114896          04/07/2887 16:58 FROM          +3902876516 PG:001

≈ 4. LUG. 2007 16:49 15     JAKIL SPA                    ⌐ NR. 248    P. 1/3-02

# Agrimpex Co. Limited

Regal House, 1136 High Road, London, N20 6RA
Telephone: 020 8446 6931 Fax: 020 8446 7116 Telex: 296143 AGRICO G.
e-mail: trade@agrimpex.co.uk

Contract of Sale No. DFS/56307                    Date 3rd July 2007
Buyer
Jakil SPA
Foro Buonaparte, 68
20121 Milano
Italy

Dear Sirs,

We confirm having sold to you on 03/07/2007 the following:-

COMMODITY:     Sudanese durra feterita 2005/2006 and/or 2006/2007
               crop at sellers option cleaned to within maximum 3% admixture,
               maximum 0.50% Tannin in sound good condition at time and place of
               shipment.
               Quality/condition/description all final as per certificate/s issued at time
               of shipment by SGS or their agents in Sudan.
               Delivered weight.

QUANTITY/      One cargo/cargoes 20,000 Mt 10% more or less at sellers option and at
               contract price.

SHIPMENT:      August / September 2007 from origin.
               Sellers option to ship any date during this shipment period provided
               that B/Ls are dated not earlier than 21 days from the date of the first
               B/Ls issued against shipment executing contract no.
               DFS/56207 (yours, 11381) dated 27/6/07.

PACKING:       In bulk.

PRICE:         US$ 230 (Two hundred and thirty US Dollars) per mton.
               C+F Free Out one Italian Adriatic port out of Venice/Ancona/Ravenna
               at buyers option, where buyers guarantee berth to accommodate vessel
               upto 31' feet swad. In the event buyers want additional ports, then this
               will be as per rates stipulated in the Charter Party which shall be for
               buyers account.
               Discharge port to be declared at sellers first demand but not later
               than commencement of loading of vessel.

PAYMENT:       100% cash against documents on presentation in Italy with payment
               latest on arrival of vessel/s at discharge port and prior commencement
               of discharge by T/T. T/T charges for buyers account.
               Should documents be presented at buyers bank before 11:00 hrs AM
               then sellers will be credited with value within 48 hours, otherwise
               within 72 hours value.

AGRIMPEX CO LIMITED                                      (Cont/d....)

Directors: P. G. Philippas. K. L. Philippas. Registration number: 01370474

REF.NR.85114896    Case 1:08-cv-05613-DC    Document 12-3    Filed 08/26/2008    Page 3 of 4
04/07/2007 16:59 FROM    +3982876516 PG:002

* 4. JUG. 2007⁷16:50⁼¹⁶    JAKIL SPA    NR. 248    P. 2/3-02

# Agrimpex Co. Limited

Regal House, 1136 High Road, London, N20 0RA
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

Contract of Sale No.  DFS/56307                    Date 3rd July 2007

**PAYMENT
CONT/D....:**

In the event vessel/s arrive prior presentation of shipping documents
sellers have the option to either ask buyers to take delivery on first class
bank guarantee as required by owners of vessel pending presentation of
shipping documents. The relative charges of such bank guarantee for
sellers account, or alternatively 100% cash latest on arrival of vessel/s
before breaking bulk against presentation of original invoice, insurance
certificats and indemnity letter for allowing the discharge of the goods
without production of B/Ls.

Such letter of indemnity to be confirmed directly from vessel agents to
the buyers. This confirmation to reach buyers before payment is effected
and then cargo will be released against presentation of the original
letter of indemnity to vessels agents.

**DISCHARGE:**

Buyers to discharge goods at their risk and expenses at the average rate
of 5,000 MT basis 4 hatches, in the case of 3 hatches or less discharging
rate to be adjusted/reduced prorata if vessel singledecker/bulkcarrier, or
at the rate of 1,500 Mt if vessel tweendecker per weather working day of
24 consecutive hours SSHEX unless used and prorata. If used only time
actually worked to count as laytime.

Time at first disport to start counting as from 08.00 AM hours the next
working day after presentation of N.O.R. given during ordinary office
hours, WIBON/WIPON/WIFPON/WICCON.

Demurrage as per C/P rate for buyers account. Despatch to be half of
demurrage.

All other terms and conditions not in conflict with the above as per
governing Charter Party.

**OTHER TERMS/
CONDITIONS:**

1) - All export duties and/or taxes and/or levies present and/or future are
for sellers account.

2) - All import duties and/or taxes and/or levies present and/or future
are for buyers account.

3) - Buyers have the exclusivity on performing vessel/s at discharge
port.

4) - Sellers guarantee provision on EUR 1 certificate at discharge port
before completion of discharge and a copy of phytosanitary certificate
on board vessel.



(Cont/d...)

Page 2

Directors: P. G. Philippou. K. L. Philippou. Registration number: 01370076

REF.NR.85114896                 04/07/2007 17:88 FROM            +3982876516 PG:883

€ 4. LUG. 2007° 16:50° ± 6    JAKIL SPA                          7R. 248    P. 3/3-04

# Agrimpex Co. Limited

Regal House, 1138 High Road, London, N20 0RA
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 296143 AGRICO G.
e-mail: trade@agrimpex.co.uk

Contract of Sale No. DPS/56307                          Date 3rd July 2007

OTHER TERMS/
CONDITIONS
CONT/D.....:        5) - Fumigation certificate
                    6) - Vessel/s to be singledecker/bulkcarrier/tweendecker classed
                    highest Lloyds register or equivalent. Vessel/s over 20 years old is/are
                    acceptable in which case overage premium to be for sellers account as
                    per Official Lloyds London Schedule.
                    7) - In the event that the quantity shown on the EUR 1 certificate is
                    higher than that shown on B/L quantity, buyers to accept same.

All other terms, conditions and rules not in contradiction with the above, as per GAFTA
contract 61 including the Arbitration Rule form No: 125 (of which the parties admit that
they have knowledge and notice) apply to this contract, the details given shall be taken as
having been written into such form in the appropriate place.

The validity of this contract will be unaffected by the non return of the counter
confirmation duly signed by buyers.

SELLERS                                                 BUYERS

AGRIMPEX CO LIMITED                                     JAKIL S.p.A

Directors: P. G. Philippou, X. L. Phillips. Registration number: 01370076

EXHIBIT 3

# Agrimpex Co. Limited

Regal House, 1138 High Road, London, N20 0RA
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

*Contract of Sale No.* DFS/56407                    *Date* 10th July 2007
*Buyer*
Jakil SPA
Foro Buonaparte, 68
20121 Milano
Italy

Dear Sirs,

We confirm having sold to you on 10/07/2007 the following:-

| | |
|---|---|
| COMMODITY: | Sudanese durra feterita 2005/2006 and/or 2006/2007 crop at sellers option cleaned to within maximum 3% admixture, maximum 0.50% Tannin in sound good condition at time and place of shipment.<br>Quality/condition/description all final as per certificate/s issued at time of shipment by SGS or their agents in Sudan.<br>Delivered weight. |
| QUANTITY/ | One cargo/cargoes 20,000 Mt 10% more or less at sellers option and at contract price. |
| SHIPMENT: | September/October 2007 from origin. |
| PACKING: | In bulk. |
| PRICE: | US$ 235 (Two hundred and thirty-five US Dollars) per mton.<br>C+F Free Out one Italian Adriatic port out of Venice/Ancona/Ravenna at buyers option, where buyers guarantee berth to accommodate vessel upto 31' feet swad. In the event buyers want additional ports, then this will be as per rates stipulated in the Charter Party which shall be for buyers account.<br>Discharge port to be declared at sellers first demand but not later than commencement of loading of vessel. |
| PAYMENT: | 100% cash against documents on presentation in Italy with payment latest on arrival of vessel/s at discharge port and prior commencement of discharge by T/T. T/T charges for buyers account.<br>Should documents be presented at buyers bank before 11:00 hrs AM then sellers will be credited with value within 48 hours, otherwise within 72 hours value. |

(Cont/d...)

AGRIMPEX CO LIMITED

Page 1

Directors: P. G. Philippex. X. L. Philippex. Registration number: 01370076

# Agrimpex Co. Limited

Regal House, 1138 High Road, London, N20 0RA
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

*Contract of Sale No.* DFS/56407                    *Date* 10th July 2007

**PAYMENT
CONT/D....:**

In the event vessel/s arrive prior presentation of shipping documents
sellers have the option to either ask buyers to take delivery on first class
bank guarantee as required by owners of vessel pending presentation of
shipping documents. The relative charges of such bank guarantee for
sellers account, or alternatively 100% cash latest on arrival of vessel/s
before breaking bulk against presentation of original invoice, insurance
certificate and indemnity letter for allowing the discharge of the goods
without production of B/Ls.

Such letter of indemnity to be confirmed directly from vessel agents to
the buyers. This confirmation to reach buyers before payment is effected
and then cargo will be released against presentation of the original
letter of indemnity to vessels agents.

**DISCHARGE:**

Buyers to discharge goods at their risk and expenses at the average rate
of 5,000 MT basis 4 hatches, in the case of 3 hatches or less discharging
rate to be adjusted/reduced prorata if vessel singledecker/bulkcarrier, or
at the rate of 1,500 Mt if vessel tweendecker per weather working day of
24 consecutive hours SSHEX unless used and prorata. If used only time
actually worked to count as laytime.

Time at first disport to start counting as from 08.00 AM hours the next
working day after presentation of N.O.R. given during ordinary office
hours. WIBON/WIPON/WIFPON/WICCON.

Demurrage as per C/P rate for buyers account. Despatch to be half of
demurrage.

All other terms and conditions not in conflict with the above as per
governing Charter Party.

**OTHER TERMS/
CONDITIONS:**

1) - All export duties and/or taxes and/or levies present and/or future are
for sellers account.

2) - All import duties and/or taxes and/or levies present and/or future
are for buyers account.

3) - Buyers have the exclusivity on performing vessel's at discharge
port.

4) - Sellers guarantee provision on EUR 1 certificate at discharge port
before completion of discharge and a copy of phytosanitary certificate
on board vessel.

AGRIMPEX CO LIMITED

Page 2

Directors: P. G. Philippas. K. L. Phillpan. Registration number: 01370976

16. LUG. 2007 10:12    JAKIL SPA    NR. 107    P. 3

# Agrimpex Co. Limited

Regal House, 1136 High Road, London, N20 0RA
Telephone: 020 8445 6921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

(Cont/d...)

*Contract of Sale No.* DFS/56407                    *Date* 10th July 2007

OTHER TERMS/
CONDITIONS
CONT/D....:

5) - Fumigation certificate

6) - Vessel/s to be singledecker/bulkcarrier/tweendecker classed
highest Lloyds register or equivalent. Vessel/s over 20 years old is/are
acceptable in which case overage premium to be for sellers account as
per Official Lloyds London Schedule.

7) - In the event that the quantity shown on the EUR 1 certificate is
higher than that shown on B/L quantity, buyers to accept same.

All other terms, conditions and rules not in contradiction with the above, as per GAFTA
contract 61 including the Arbitration Rule form No. 125 (of which the parties admit that
they have knowledge and notice) apply to this contract, the details given shall be taken as
having been written into such form in the appropriate place.

The validity of this contract will be unaffected by the non return of the counter
confirmation duly signed by buyers.

SELLERS                                        BUYERS

AGRIMPEX CO LIMITED                            S.p.A

Page 3

Directors: P. G. Phillippes, K. L. Philipas, Registration number: 01370076

EXHIBIT 4

# Agrimpex Co. Limited

Regal House, 1138 High Road, London, N20 0RA
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

*Contract of Sale No.* DFS/56607                           *Date* 17th July 2007
*Buyer*
Jakil SPA
Foro Buonaparte, 68
20121 Milano
Italy

Dear Sirs,
We confirm having sold to you on 17/07/2007 the following:-

| | |
|---|---|
| COMMODITY: | Sudanese durra feterita 2005/2006 and/or 2006/2007 crop at sellers option cleaned to within maximum 3% admixture, maximum 0.50% Tannin in sound good condition at time and place of shipment.<br>Quality/condition/description all final as per certificate/s issued at time of shipment by SGS or their agents in Sudan.<br>Delivered weight. |
| QUANTITY/ | One cargo/cargoes 20,000 Mt 10% more or less at sellers option and at contract price. |
| SHIPMENT: | September/October 2007 from origin.<br>Sellers option to ship any date during this shipment period provided that B/Ls are dated not earlier than 21 days from the date of the first B/L's issued against shipment executing contract no. DFS/56407 dated 10/07/2007. |
| PACKING: | In bulk. |
| PRICE: | US$ 241.50 (Two hundred and forty one US Dollars and fifty cents) per mton.<br>C+F Free Out one Italian Adriatic port out of Venice/Ancona/Ravenna at buyers option, where buyers guarantee berth to accommodate vessel upto 31' feet swad. In the event buyers want additional ports, then this will be as per rates stipulated in the Charter Party which shall be for buyers account.<br>Discharge port to be declared at sellers first demand but not later than commencement of loading of vessel. |
| PAYMENT: | 100% cash against documents on presentation in Italy with payment latest on arrival of vessel/s at discharge port and prior commencement of discharge by T/T. T/T charges for buyers account.<br>Should documents be presented at buyers bank before 11:00 hrs AM then sellers will be credited with value within 48 hours, otherwise within 72 hours value. |

AGRIMPEX CO LIMITED

(Cont/d...)



# Agrimpex Co. Limited

Regal House, 1138 High Road, London, N20 0RA
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

*Contract of Sale No.* DFS/56607                    *Date* 17th July 2007

**PAYMENT
CONT/D....:**

In the event vessel/s arrive prior presentation of shipping documents sellers have the option to either ask buyers to take delivery on first class bank guarantee as required by owners of vessel pending presentation of shipping documents. The relative charges of such bank guarantee for sellers account, or alternatively 100% cash latest on arrival of vessel/s before breaking bulk against presentation of original invoice, insurance certificate and indemnity letter for allowing the discharge of the goods without production of B/Ls.

Such letter of indemnity to be confirmed directly from vessel agents to the buyers. This confirmation to reach buyers before payment is effected and then cargo will be released against presentation of the original letter of indemnity to vessels agents.

**DISCHARGE:**

Buyers to discharge goods at their risk and expenses at the average rate of 5,000 MT basis 4 hatches, in the case of 3 hatches or less discharging rate to be adjusted/reduced prorata if vessel singledecker/bulkcarrier, or at the rate of 1,500 Mt if vessel tweendecker per weather working day of 24 consecutive hours SSHEX unless used and prorata. If used only time actually worked to count as laytime.

Time at first disport to start counting as from 08.00 AM hours the next working day after presentation of N.O.R. given during ordinary office hours. WIBON/WIPON/WIFPON/WICCON.

Demurrage as per C/P rate for buyers account. Despatch to be half of demurrage.

All other terms and conditions not in conflict with the above as per governing Charter Party.

**OTHER TERMS/
CONDITIONS:**

1) - All export duties and/or taxes and/or levies present and/or future are for sellers account.

2) - All import duties and/or taxes and/or levies present and/or future are for buyers account.

3) - Buyers have the exclusivity on performing vessel/s at discharge port.

4) - Sellers guarantee provision on EUR 1 certificate at discharge port before completion of discharge and a copy of phytosanitary certificate on board vessel.

(Cont/d...)

AGRIMPEX CO LIMITED

Page 2                    Directors: P. G. Philippas, K. L. Phillipas. Registration number: 01370076

# Agrimpex Co. Limited

Regal House, 1135 High Road, London, N20 0RA
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

*Contract of Sale No.* DFS/56607
*Date* 17th July 2007

OTHER TERMS/
CONDITIONS
CONT/D.....:

5) - Fumigation certificate

6) - Vessel/s to be singledecker/bulkcarrier/tweendecker classed highest Lloyds register or equivalent. Vessel/s over 20 years old is/are acceptable in which case overage premium to be for sellers account as per Official Lloyds London Schedule.

7) - In the event that the quantity shown on the EUR 1 certificate is higher than that shown on B/L quantity, buyers to accept same.

All other terms, conditions and rules not in contradiction with the above, as per GAFTA contract 61 including the Arbitration Rule form No: 125 (of which the parties admit that they have knowledge and notice) apply to this contract, the details given shall be taken as having been written into such form in the appropriate place.

The validity of this contract will be unaffected by the non return of the counter confirmation duly signed by buyers.

SELLERS

AGRIMPEX CO LIMITED

BUYERS

IAKIA S.p.A.

Directors: P. G. Philippas, K. L. Philipas. Registration number: 01370076

EXHIBIT 5

30. LUG. 2007 10:51    JAKIL SPA    NR. 114    P. 1

# Agrimpex Co. Limited

Regal House, 1138 High Road, London, N20 0RA
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

*Contract of Sale No.* DFS/56907                                    *Date* 27th July 2007
*Buyer*
Jakil SPA
Foro Buonaparte, 68
20121 Milano
Italy

Dear Sirs,
We confirm having sold to you on 27/07/2007 the following:-

COMMODITY:          Sudanese durra feterita 2005/2006 and/or 2006/2007
                    crop at sellers option cleaned to within maximum 3% admixture,
                    maximum 0.50% Tannin in sound good condition at time and place of
                    shipment.
                    Quality/condition/description all final as per certificate/s issued at time
                    of shipment by SGS or their agents in Sudan.
                    Delivered weight.

QUANTITY/           One cargo/cargoes 20,000 Mt 10% more or less at sellers option and at
                    contract price.

SHIPMENT:           October/November 2007 from origin.
                    Sellers option to ship any date during this shipment period provided
                    that B/Ls are dated not earlier than 21 days from the date of the first
                    B/L's issued against shipment executing contract no. DFS/56607
                    dated 17/07/2007.

PACKING:            In bulk.

PRICE:              US$ 260 (Two hundred and sixty US Dollars) per mton.
                    C+F Free Out one Italian Adriatic port out of Venice/Ancona/Ravenna
                    at buyers option, where buyers guarantee berth to accommodate vessel
                    upto 31' feet swad. In the event buyers want additional ports, then this
                    will be as per rates stipulated in the Charter Party which shall be for
                    buyers account.
                    Discharge port to be declared at sellers first demand but not later
                    than commencement of loading of vessel.

PAYMENT:            100% cash against documents on presentation in Italy with payment
                    latest on arrival of vessel/s at discharge port and prior commencement
                    of discharge by T/T. T/T charges for buyers account.
                    Should documents be presented at buyers bank before 11:00 hrs AM
                    then sellers will be credited with value within 48 hours, otherwise
                    within 72 hours value.

AGRIMPEX CO. LTD

Page 1

Directors: P. G. Philippat, K. L. Philipas. Registration number: 01370076

+39BZ87B55IB PG:BBZ          #39B7B7B659#          27-JUL-2007 16:27          REF.NR.10008757

# Agrimpex Co. Limited

Regal House, 1138 High Road, London, N20 0RA
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

(Cont'd...)

*Contract of Sale No.* DFS/56907

*Date* 27th July 2007

PAYMENT
CONT'D....:

In the event vessel/s arrive prior presentation of shipping documents
sellers have the option to either ask buyers to take delivery on first class
bank guarantee as required by owners of vessel pending presentation of
shipping documents. The relative charges of such bank guarantee for
sellers account, or alternatively 100% cash latest on arrival of vessel/s
before breaking bulk against presentation of original invoice, insurance
certificate and indemnity letter for allowing the discharge of the goods
without production of B/Ls.

Such letter of indemnity to be confirmed directly from vessel agents to
the buyers. This confirmation to reach buyers before payment is effected
and then cargo will be released against presentation of the original
letter of indemnity to vessels agents.

DISCHARGE:

Buyers to discharge goods at their risk and expenses at the average rate
of 5,000 MT basis 4 hatches, in the case of 3 hatches or less discharging
rate to be adjusted/reduced prorata if vessel singledecker/bulkcarrier, or
at the rate of 2,000 Mt if vessel tweendecker per weather working day of
24 consecutive hours SSHEX unless used and prorata. If used only time
actually worked to count as laytime.

Time at first disport to start counting as from 08.00 AM hours the next
working day after presentation of N.O.R. given during ordinary office
hours, WIBON/WIPON/WIFPON/WICCON.

Demurrage as per C/P rate for buyers account. Despatch to be half of
demurrage.

All other terms and conditions not in conflict with the above as per
governing Charter Party.

OTHER TERMS/
CONDITIONS:

1) - All export duties and/or taxes and/or levies present and/or future are
for sellers account.

2) - All import duties and/or taxes and/or levies present and/or future
are for buyers account.

3) - Buyers have the exclusivity on performing vessel/s at discharge
port.

4) - Sellers guarantee provision on EUR 1 certificate at discharge port
before completion of discharge and a copy of phytosanitary certificate
on board vessel.

(Cont'd...)

Page 2

Directors: P. G. Philippas, K. L. Philipas. Registration number: 01379976

# Agrimpex Co. Limited

Regal House, 1138 High Road, London, N20 0RA
Telephone: 020 8446 6921 Fax: 020 8446 7116 Telex: 296142 AGRICO G.
e-mail: trade@agrimpex.co.uk

*Contract of Sale No.* DFS/56907                    *Date* 27th July 2007

OTHER TERMS/
CONDITIONS
CONT/D......:   5) - Fumigation certificate
                6) - Vessel/s to be singledecker/bulkcarrier/tweendecker classed
                highest Lloyds register or equivalent. Vessel/s over 20 years old is/are
                acceptable in which case average premium to be for sellers account as
                per Official Lloyds London Schedule.
                7) - In the event that the quantity shown on the EUR 1 certificate is
                higher than that shown on B/L quantity, buyers to accept same.

All other terms, conditions and rules not in contradiction with the above, as per GAFTA
contract 61 including the Arbitration Rule form No. 125 (of which the parties admit that
they have knowledge and notice) apply to this contract, the details given shall be taken as
having been written into such form in the appropriate place.

The validity of this contract will be unaffected by the non return of the counter
confirmation duly signed by buyers,

SELLERS                                          BUYERS

AGRIMPEX CO. LTD                                 IAKIL S.p.A.

Page 3

Directors: P. G. Philippas, K. L. Phillipas. Registration number: 01370076